# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v.  ) <br> ) <br> **APPROXIMATELY $1,058,153.78** ) <br> **WORTH OF EQUITIES,** ) <br> **ANNUITIES, AND OTHER** ) <br> **INVESTMENT VEHICLES** ) <br> **CONTAINED IN BB&T** ) <br> **ACCOUNT NUMBER ****-5508** ) <br> **HELD IN THE NAME OF MARK** ) <br> **MURPHY WITH DESIGNATED** ) <br> **BENEFICIARY, JENNIFER** ) <br> **MURPHY; and** ) <br> ) <br> **APPROXIMATELY $380,723.35** ) <br> **WORTH OF EQUITIES,** ) <br> **ANNUITIES, AND OTHER** ) <br> **INVESTMENT VEHICLES** ) <br> **CONTAINED IN BB&T** ) <br> **ACCOUNT NUMBER ****-2106** ) <br> **HELD IN THE NAME OF** ) <br> **JENNIFER MURPHY WITH** ) <br> **DESIGNATED BENEFICIARY,** ) <br> **MARK MURPHY** ) <br> ) <br>     **Defendants.** ) | No. 5:18-CV-1181-LCB |

### THE UNITED STATES' OPPOSED MOTION FOR PERMISSION TO (1) REPLY TO CLAIMANTS' JOINT OPPOSITION TO THE UNITED STATES' MOTION TO STAY AND (2) SUBMIT SUPPORTING EX PARTE EVIDENCE UNDER SEAL

The United States respectfully requests permission to file two documents

within the next 14 days:  (1) a reply to Claimants Mark and Jennifer Murphy's

Joint Opposition to the United States' Motion to Stay;[1] and (2) per 18 U.S.C. § 981(g)(5),[2] a sealed, ex parte submission furnishing the Court with facts establishing (a) the relationship between this civil-forfeiture case and the Government's ongoing criminal investigation of the Murphys, and (b) that permitting civil discovery will adversely affect the criminal investigation. The Government represents that information contained in the latter submission should be submitted ex parte in order to avoid disclosing a matter that would adversely affect the criminal investigation.

The undersigned has consulted by email with the Murphys' counsel, and learned that the motion will be opposed by each claimant as to the request to submit ex parte evidence, and by Mark Murphy as to the request to file a reply.

Respectfully submitted 6 December 2018.

JAY E. TOWN
United States Attorney

*s/Thomas Borton*
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2131
Thomas.Borton@usdoj.gov

---

[1] Claimants' Opposition is Document 32.
[2] 18 U.S.C.A. § 981(g)(5) permits the Government, in appropriate cases, to "submit evidence ex parte in order to avoid disclosing any matter that may adversely affect an ongoing criminal investigation or pending criminal trial."

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on 6 December 2018, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

*s/Thomas Borton*
Assistant United States Attorney