# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:18-cv-01181-UJH-AKK |
| | ) | |
| APPROXIMATELY $1,058,153.78 | ) | |
| WORTH OF EQUITIES, ANNUITIES | ) | |
| AND OTHER INVESTMENT VEHICLES | ) | |
| CONTAINED IN BB&T ACCOUNT | ) | |
| NUMBER****-5508 HELD IN THE | ) | |
| NAME OF MARK MURPHY WITH | ) | |
| DESIGNATED BENEFICIARY, | ) | |
| JENNIFER MURPHY; and | ) | |
| | ) | |
| APPROXIMATELY $380.723.35 | ) | |
| WORTH OF EQUITIES, ANNUITIES | ) | |
| AND OTHER INVESTMENT VEHICLES | ) | |
| CONTAINED IN BB&T ACCOUNT | ) | |
| NUMBER****-2106 HELD IN THE | ) | |
| NAME OF JENNIFER MURPHY WITH | ) | |
| DESIGNATED BENEFICIARY, | ) | |
| MARK MURPHY, | ) | |
| | ) | |
| Defendants | | |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Ashley N. Penhale, and moves this Honorable Court to allow her withdrawal as counsel of record for Defendant Jennifer Murphy in the above-styled matter. As reason therefor, undersigned is leaving the firm of Copeland, Franco, Screws & Gill, P.A. for employment with the Alabama State Bar. No prejudice will come to Defendant by undersigned's withdrawal as she will continue to be represented by other counsel who has previously appeared on her behalf.

Respectfully submitted this the 12th day of December, 2018.

/s/ Ashley N. Penhale
                                                                Ashley N. Penhale (ASB-1771-A50P)

**OF COUNSEL:**
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  penhale@copelandfranco.com

Hal Hardin (Bar # 0003101) *pro hac vice*
Cynthia Chappell (TNBPR #016028) *pro hac vice*
211 Union Street, Suite 200
Nashville, TN  37201
Telephone: (615) 369-2277
Facsimile: (615) 369-3344
Email: hal@hardinlawoffice.com
Email: cindy@chappelllawoffices.com

# **CERTIFICATE OF SERVICE**

        I hereby certify that I have filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF filing system which will serve the following counsel of record on this 12th day of December, 2018:

**Jay E Town**
**Nicole Grosnoff**
U.S. ATTORNEYS OFFICE
1801 4th Avenue North
Birmingham, Alabama 35203
205-244-2015
Fax: 205-244-2184
Email: jay.e.town@usdoj.gov
Email: nicole.s.grosnoff@usdoj.gov

**C. Gregory Burgess**
LANIER FORD SHAVER & PAYNE P.C.
Post Office Box 2087 (35804)
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
Email: cgb@lanierford.com

**Edward M. Yarbrough** (TNBPR #004097) *pro hac vice*
**W. Justin Adams** (TNBPR #022433) *pro hac vice*
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
Email: eyarbrough@bonelaw.com
Email: wjadams@bonelaw.com

                                              s/Ashley N. Penhale
                                              Of Counsel